[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

———————————————

No. 24-10144

Non-Argument Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MIGUEL SANTOS-TEJADA,

Defendant-Appellant.

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cr-20077-JEM-2

———————————————

2                          Opinion of the Court                        24-10144

Before WILSON, JORDAN, and LUCK, Circuit Judges.

PER CURIAM:

Neal Rosensweig, appointed counsel for Miguel Santos-Tejada in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santos-Tejada's conviction and sentence are **AFFIRMED**.

The issuance of the mandate with respect to Santos-Tejada's appeal is **STAYED** until the mandate with respect to co-Appellant Francisco Javier Martinez-Vasquez's appeal can issue.